Didier **FUENTES–BERDEJO,**
Petitioner,

v.

Alberto R. **GONZALES,** Attorney General, Respondent.

No. 05–74473.

United States Court of Appeals,
Ninth Circuit.

Submitted April 16, 2007.*

Filed April 23, 2007.

Jessica E. Smith, Fresno, CA, for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, John R. Cunningham, Esq., John S. Hogan, Esq., DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: O'SCANNLAIN, GRABER and BEA, Circuit Judges.

MEMORANDUM **

Didier Fuentes–Berdejo seeks review of an order of the Board of Immigration Appeals upholding an immigration judge's order denying Fuentes–Berdejo's application for cancellation of removal. We dismiss the petition for review.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

We lack jurisdiction to review the discretionary determination that an applicant has failed to show exceptional and extremely unusual hardship to a qualifying relative, *see Romero–Torres v. Ashcroft,* 327 F.3d 887, 892 (9th Cir.2003), and Fuentes–Berdejo does not raise a colorable due process claim, *see Martinez–Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir.2005) ("traditional abuse of discretion challenges recast as alleged due process violations do not constitute colorable constitutional claims that would invoke our jurisdiction."). We have considered the claims that the Immigration Judge improperly conducted the hearing and we disagree. We do not consider Fuentes–Berdejo's contentions regarding his criminal conviction, because his failure to establish hardship is dispositive.

**PETITION FOR REVIEW DISMISSED.**

**PETITION FOR REVIEW DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.